

# IN THE
# TENTH COURT OF APPEALS

————————————

## No. 10-10-00322-CR

## IN RE JIMMY GLENN FISHER

————————————

## Original Proceeding

## MEMORANDUM  OPINION

The petition for writ of mandamus is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
          Justice Reyna, and
          Justice Davis
Petition denied
Opinion delivered and filed September 15, 2010
[OT06]